Charles Newton, Appellant, v. International Railway Company, Respondent. — Judgment affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Joseph B. Sander, Respondent, v. George W. Morris and William Allen, Appellants.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Bartholomew A. Gilligan, Respondent, v. The City of Watertown, Appellant. — Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented, and McLennan, P. J., not sitting.

Henry P. Sinclaire, Appellant, v. T. G. Hawkes & Company and Others, Respondents.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Jonas J. White, Respondent, v. Lake Shore and Michigan Southern Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Samuel Nease, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred, except Spring and Kruse, JJ., who dissented on the authority of *Berkery* v. *Erie R. R. Co.* (55 App. Div. 489; affd., 172 N. Y. 636).

William H. Carrier, Respondent, v. Frank A. Potter, Appellant.— Judgment affirmed, with costs. All concurred, except McLennan, P. J., not sitting.

Augustus S. Pendry, Appellant, v. Charles Bidelman, Respondent, Impleaded with Mary Lyman Pendry and Others.— Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over upon payment of the costs of the demurrer and of this appeal. All concurred, except McLennan, P. J., not sitting.

Nellie Brown, an Infant, by Esther Brown, Her Guardian ad Litem, Respondent, v. Cooper Paper Box Company, Appellant.— Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Leonard Calvert, Respondent, v. Charles E. Thurston, Appellant, Impleaded with George R. Meeker and Arthur E. Lihme, No. 1.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Charles W. Marsh, as One of the Administrators, etc., of Frederick Marsh, Deceased, Appellant, v. Milton B. Marsh and Frederick D. Marsh, as One of the Administrators, etc., of Frederick Marsh, Deceased, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. All concurred, except Williams, J., who dissented.

George H. Marvin, Appellant, v. James Fenton, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

Aaron Clough, Appellant, v. Walter Fox and Another, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Motion to correct costs and form of judgment denied.

Mary Miller, Appellant, v. City of Buffalo and International Railway Company, Respondents.— Judgment and order of Special Term and judgment of Municipal Court of the city of Buffalo reversed and a new trial ordered in said Municipal Court, with costs in all courts to appellant to abide event. New trial to be had on Tuesday, June 9, 1908, at ten o'clock in the forenoon. Held, that